UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD GONZALEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>　　　　　　　Defendant. | Case No.  C08-5214KLS<br><br>ORDER TO SHOW CAUSE |

This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g).  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur the filing fee because he allegedly is unable to afford the costs necessary to proceed with his cause of action.  On April 4, 2008, plaintiff filed his complaint and application to proceed *in forma pauperis*. (Dkt. #1).  In that application, plaintiff in answer to the question as to whether he has any other assets, checks the "Yes" box. (Id., p. 2).  Plaintiff, however, left blank the space provided for listing those assets and the stated value thereof.  As such, because of this deficiency, the Court at this time is unable to determine plaintiff's eligibility for *in forma pauperis* status.

ORDER
Page - 1

Accordingly, the Court hereby finds and ORDERS as follows:

(1) Plaintiff shall seek to cure this deficiency by filing **no later than May 9, 2008**, a response to this Order listing the assets he has and the stated value thereof.

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The clerk is directed to send a copies of this Order to counsel for plaintiff.

DATED this 9th day of April, 2008.

Karen L. Strombom
United States Magistrate Judge