UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 3:08-CV-5214-RBL-KLS<br><br><br>PROPOSED ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge will hold a new hearing and issue a new decision. The ALJ will be directed to further assess Plaintiff's residual functional capacity, addressing all medical source opinions; and obtain supplemental evidence from a vocational expert to identify any jobs in the national economy, based on assessed limitations, as directed by the June 25, 2007 Court Order (the Court affirmed the prior RFC, which included a sit/stand at will option, and avoiding hazards,

Page 1     ORDER- [3:08-CV-5214-RBL-KLS]

such as working at unprotected heights or around machinery with exposed moving parts). The ALJ will resolve any conflicts between the vocational evidence provided by the VE and information in the Dictionary of Occupational Titles. The ALJ will take any other actions necessary to develop the record and issue a new decision.

Plaintiff's subsequent April 19, 2006 SSI application will be associated with this claim and a decision will be issued on the combined claims.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 20th day of October, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD A. MORRIS           WSB # 33780
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2156
FAX: (206) 615-2531
Rick.Morris@ssa.gov