Rory Linerud, LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| RICHARD GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | C08-5214-RBL |
| | ) | |
| vs. | ) | ORDER AWARDING FEES |
| | ) | PURSUANT TO THE EQUAL ACCESS |
| MICHAEL ASTRUE, | ) | TO JUSTICE ACT |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This Court remanded this matter to the Commissioner for further proceedings. The parties above named, through their respective attorneys, stipulated that attorney fees in the amount of $6,749.20 shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees of $6,749.20 are hereby awarded to Plaintiff's attorney. No costs or expenses are awarded.

IT IS SO ORDERED.

DATED this 12th day of November, 2008.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE